JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND TATE, | ) | Case No. CV 15-9323 FMO (JPRx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Findings of Fact and Conclusions of Law, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff's action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 1st day of March, 2023.

/s/
Fernando M. Olguin
United States District Judge